EMMANUEL C. AKUDINOBI, SBN 188903
epcakudinobi@yahoo.com
CHIJIOKE O. IKONTE, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3540 WILSHIRE BLVD., SUITE 850
LOS ANGELES, CA 90010
(213) 387 - 0869
(213) 387 - 0969 (fax)

Attorneys for Plaintiff
Stella Kamalu

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STELLA KAMALU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant | Case No.: CV 13-00627-LJO-SAB<br><br>**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA FOR MOBILE TELEPHONE RECORDS.**<br><br>**Date: August 14, 2013**<br>**Time: 9:30 a.m.**<br>**Courtroom: 9** |

TO THE HONORABLE COURT AND ALL PARTIES:

　　PLEASE TAKE NOTICE that on August 14, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 9 of the above entitled court located at 2500 Tulare Street, Fresno, CA 93721, Plaintiff Stella Kamalu will move the Court for an order quashing subpoena for mobile telephone records served on AT&T Mobility, LLC.

　　PURSUANT to Local Rule 251, the Joint Statement of the Parties re: Discovery Dispute is filed concurrently with the motion.

Dated: July 22, 2013　　　　　　　　　　　　　Law Offices of Akudinobi & Ikonte


　　　　　　　　　　　　　　　　　　　　　　　By:_/s/ Chijioke Ikonte_____
　　　　　　　　　　　　　　　　　　　　　　　　　Chijioke Ikonte
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　Stella Kamalu