**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| STELLA KAMALU,<br><br>      Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant | Case No.: 13-cv-00627-SAB<br><br>**ORDER RE: AMENDED STIPULATION TO CONTINUE SCHEDULED DATES** |

GOOD CAUSE appearing, the Scheduling Order (ECF No. 22) is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | September 10, 2014 |
| Expert Disclosure: | October 4, 2014 |
| Supplemental Expert Disclosure: | November 1, 2014 |
| Expert Discovery: | December 6, 2014 |
| Non-Dispositive Motion Deadline: | September 10, 2014 |
| Dispositive Motion Deadline: | October 16, 2014 |
| Pre-Trial Conference | January 23, 2015 at 9:30 a.m. in Courtroom 9. |
| Trial: | March 10, 2015 at 8:30 a.m. in Courtroom 9. 7 – 10 Days |

IT IS SO ORDERED.

Dated:  **March 24, 2014**

UNITED STATES MAGISTRATE JUDGE