MICHAEL T. LUCEY (SBN: 099927)
mlucey@gordonrees.com
KEVIN D. WHITTAKER (SBN: 224700)
kwhittaker@gordonrees.com
MICHAEL D. WILSON, JR. (SBN: 233334)
mwilson@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for: Defendant
WAL-MART STORES, INC.


CHIJIOKE O. IKONTE (SBN:  206203)
cikonte@yahoo.com
LAW OFFICES OF AKUDRINOBI & IKONTE
3540 Wilshire Blvd, Suite 850
Los Angeles, CA  90010
Telephone:  (213) 387-0869
Facsimile:  (213)  387-0969

Attorneys for: Plaintiff
STELLA O. KAMALU

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STELLA O KAMALU<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART STORES, INC. and DOES 1 to 10<br><br>　　　　　　Defendant. | CASE NO.  CV F 13-0627-SAB<br><br>**STIPULATION AND ORDER RE: SETTING A SETTLEMENT CONFERENCE** |

**TO THE HONORABLE COURT:**

　　　WAL-MART STORES, INC. ("WALMART"), by and through its counsel of record, Gordon & Rees LLP, and Plaintiff STELLA O. KAMALU ("KAMALU"), by and through her counsel of record, Law Offices of Akudinobi & Ikonte, hereby stipulate as follows:

-1-

1  WHEREAS, the Court recently modified Scheduling Order (ECF No. 22), which
2  included continuing the Pre-Trial Conference to January 23, 2015 and continuing the Trial Date
3  to March 10, 2015; and
4  WHEREAS, WALMART and KAMALU (collectively hereinafter the "PARTIES") now
5  desire to proceed with mediation in an effort to resolve any and all claims by and between them
6  within the next 91 days --
7  **IT IS HEREBY STIPULATED**:
8  1. The PARTIES request an Order referring this matter to the Voluntary Dispute
9  Resolution Program ("VDRP"), pursuant to 28 U.S.C. § 651, et seq. and United States District
10 Court - Eastern District of California Local Rule 271 ("L.R. 271").
11 2. Pursuant to L.R. 271, the PARTIES propose that the VDRP process be completed
12 within ninety-one (91) days of the Court issuing an Order of referral, such that the appointed
13 Neutral can file a confirmation of completion of the VDRP process within one-hundred twenty
14 (120) days of this Court issuing an Order of referral.
15 3. The PARTIES do not currently request any other modifications or additions to
16 Scheduling Order (ECF. No. 22).
17 **IT IS SO STIPULATED.**

DATED: April _7_, 2014                **LAW OFFICES OF AKUDINOBI & IKONTE**

                                      By __/s/  CHIJIOKE IKONTE_____
                                              CHIJIOKE IKONTE
                                      Attorney for Plaintiff Stella O. Kamalu


DATED: April _7_, 2014                **GORDON & REES, LLP**

                                      By _/s /___KEVIN D.  WHITTAKER_____
                                              KEVIN D. WHITTAKER
                                              MICHAEL D. WILSON, JR.
                                      Attorneys for Wal-Mart Stores, Inc.

-2-

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and good cause appearing therefor, WAL-MART STORES, INC.'s and Plaintiff STELLA O. KAMALU's joint request to have this matter referred to the Voluntary Dispute Resolution Program pursuant to 28 U.S.C. § 651, et seq. and United States District Court - Eastern District of California Local Rule 271 is GRANTED.  WAL-MART STORES, INC.'s and Plaintiff STELLA O. KAMALU must complete Mediation under the Voluntary Dispute Resolution Program on or before July 25, 2014. The Court sets a Settlement Conference in this matter for May 22, 2014 at 10:00 a.m. before Magistrate Judge Sheila K. Oberto.  Confidential Settlement Conference statements are due directly to chambers one week before the scheduled conference.

IT IS SO ORDERED.

Dated:   **April 17, 2014**

UNITED STATES MAGISTRATE JUDGE