# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA KAMALU, | Case No.  1:13-cv-00627-SAB |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| WALMART STORES, INC., | |
| Defendant. | |

On October 16, 2014, the parties in this action filed a stipulation to dismiss this action with prejudice.  (ECF No. 40.)  In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear their own fees and costs.  The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **October 17, 2014**

_____
UNITED STATES MAGISTRATE JUDGE